UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JANE DOW,                                                         :
:
                             Plaintiff,         :
:      25-CV-8735 (JMF)
     -v-                                                         :
:          ORDER
UNITED STATES DEPARTMENT OF DEFENSE,                              :
a/k/a "Department of War," et al.,                                :
:
                            Defendants.        :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On October 24, 2025, Plaintiff was directed to file a complaint no later than November 7, 2025.  On November 7, 2025, Plaintiff filed an "Emergency Petition" seeking various forms of relief.  ECF No. 8 ("Pet.").  Given Plaintiff's pro se status, the Court will treat Plaintiff's Emergency Petition as the operative complaint in the case.

       In its October 24, 2025 Order, the Court granted Plaintiff's request to seal the case and to use pseudonyms on a temporary basis.  *See* ECF No. 7.  Upon reflection, however, the Court concludes that there is no basis to seal the case in its entirety, given that Plaintiff has been granted permission to use a pseudonym.  Instead, the Court GRANTS Plaintiff leave to file any document she believes contains sensitive or personal identifying information under seal on a temporary basis to be later evaluated by the Court.  **To that end, Plaintiff should clearly indicate on any future filings whether the filing should be sealed.**

       More specifically, sealed documents must be filed in hard copy in the Records Management Department, Room 370 in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.  To file a document under seal, **Plaintiff must have and provide a copy of this Order granting leave to file documents under seal.**  Further, the following information must be included on the front of the sealing envelope: case caption, case number, date of protective order, name of judge who signed the order, and the contents of the envelope listed by number in the lower left-hand corner.  Plaintiff shall place all contents in the envelope but should not seal the envelope, as the contents must be verified by the Records Department.  *Pro se* litigants can retrieve the sealed envelope from the Records Management Department.

       The Clerk of Court is directed issue summons to the following Defendants: United States Department of State, United States Citizenship and Immigration Services, the United States Department of Defense a/k/a "Department of War," the General Counsel of the United States Department of the Navy, the United States Department of Veteran Affairs, and the National

Personnel Records Center.  Pet. 11-12, 57.  The Clerk of Court should also update the docket to list these Defendants.  **Plaintiff is directed to serve the summonses and Complaint upon Defendants within 90 days of the issuance of the Summons**.  *See* Fed. R. Civ. P. 4(m).  If service has not been made within the 120 days, and Plaintiff has not requested an extension of time to serve within that 90 days, the Complaint may be dismissed for failure to prosecute, pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

 Plaintiff's Emergency Petition included a written consent to electronic service.  *See* Pet. 59 (Plaintiff's Consent to Electronic Service).  Accordingly, the Clerk of Court is also directed to serve this and future filings on Plaintiff electronically.

 SO ORDERED.

Dated: December 3, 2025
   New York, New York

                    JESSE M. FURMAN
                    United States District Judge