**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>  -against-<br><br>DOW *et al.*,<br><br>      Defendants. | No. 25 Civ. 8735 (JMF) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Defendants, by their attorney, Jay Clayton, United States Attorney for the Southern District of New York, hereby move to dismiss Plaintiff's amended complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Dated: July 1, 2026
New York, New York

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

    By: */s/ Kathleen M. Lewis*
        Kathleen M. Lewis
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel.: (212) 637-2728
        E-mail: kathleen.lewis@usdoj.gov

        *Attorney for Defendants*