UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                           :

JANE DOE,                                    :

                          Plaintiff,        :        25-CV-8735 (JMF)

             -v-                      :        ORDER

                                       :

UNITED STATES DEPARTMENT OF DEFENSE, *a/k/a* :
"Department of War," et al.,              :

                                    :

                        Defendants.     :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* Docket No. 30, Defendants' earlier motion to dismiss filed at Docket No. 17 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **August 3, 2026**.  Defendants' reply, if any, is due by **August 17**.

      The Clerk of Court is directed to terminate Docket No. 17 and as ordered by the Court on December 3, 2025, ECF No. 9, serve this and future filings on Plaintiff electronically.

      SO ORDERED.

Dated: July 2, 2026
      New York, New York                          _____
                                         JESSE M. FURMAN
                                 United States District Judge