UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

Plaintiff,

-v-

UNITED STATES DEPARTMENT OF DEFENSE, a/k/a "Department of War," et al.,

Defendants.

---

25-CV-8735 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On October 21, 2026, the Court granted Plaintiff permission to deliver her Supplemental Declaration in hard copy to the Sealed Records Management Unit and via email to Chambers at the following email address: Furman_NYSDChambers@nysd.uscourts.gov. *See* ECF No. 45. The Court subsequently entered an order directing Plaintiff to take those actions no later than Tuesday, November 10, 2026, and to serve a redacted copy of her Supplemental Declaration on the Government by that same date. *See* ECF No. 47. On November 10, 2026, Plaintiff properly emailed chambers at the foregoing email address, but she did not follow the proper procedures for hand delivering her Supplemental Declaration in hard copy to the Sealed Records Management Unit. Although Plaintiff is supposed to hand deliver sealed filings to Room 370 at the Records Management Department, along with a copy of the relevant sealing order, she instead deposited her submission in the Court's nighttime drop box. Plaintiff should refer to the attached guide on filing sealed records for instructions on how to properly hand deliver her Supplemental Declaration, and she should complete the required steps for delivery no later than **November 19, 2026, at 5:00 p.m.**

SO ORDERED.

Dated: November 16, 2026
New York, New York

JESSE M. FURMAN
United States District Judge

**Electronic Filing of Sealed Records**

Effective February 3, 2020, attorneys seeking to file under seal in a publicly filed civil or miscellaneous case before a judge whose Individual Practices permit electronic filing under seal shall electronically file the proposed sealed document through the ECF system. A filing under seal must be preceded by either a motion or letter motion to seal, or an order of the Court permitting filing under seal.

Where the Individual Practices of the judge to whom the filing is directed do not expressly permit electronic filing under seal, the proposed sealed document must be submitted in the traditional manner, on paper (see instructions below).

Electronic filing under seal is not permitted by pro se parties without express permission of the Court. This includes pro se parties who have been granted general permission to electronically file documents on ECF.

Electronic filing under seal is not permitted in cases sealed in their entirety. It is only available to parties seeking to file individually sealed documents in publicly filed civil and miscellaneous cases.

New civil or miscellaneous actions that include case initiating documents sought to be filed under seal may not be filed electronically.

Any party unable to comply with a judge's requirement for electronic filing under seal through the ECF system, or who has reason to believe that a document should not be electronically filed, must seek permission of the Court to file in the traditional manner, on paper.

Filing parties must conform to the procedures for electronic filing under seal found in the court's ECF Rules & Instructions.

**Non- Electronic Filing Procedures**

**(Must Be Submitted in Court Supplied Sealing Envelope Only)**

For a document to be filed under seal, a protective order must be signed or a request by letter must be granted by a judge. A copy of the order or letter must be presented when filing the document. The only exceptions are if the entire action has been placed under seal or a judge has signed the sealing envelope and submits it directly to the sealed records clerk.

All documents filed must contain original signatures. All sealed documents must be in a court supplied sealing envelope, available in the Records Management Department, Room 370. All envelopes must be submitted in person. No envelopes will be accepted by mail. Please place all documents in *one* envelope.

For ECF cases where electronic filing is not permitted, all documents must be submitted in both hard copy form and on a CD Rom in PDF-A format. Each document and exhibit must be saved

as an independent file, with no one file to exceed 10.0 MB. There will be no exceptions. Exhibits should not be filed in hard copy absent a court order, but the exhibits must be included on the CD Rom. All documents must be submitted on *one* CD Rom, unless you exceed the disk capacity. The exhibits are to be retained at the attorney's office for safekeeping.

The following information must be included on the front of the sealing envelope: Attorney's contact information, case caption, case number, date of protective order, name of judge who signed the order and the contents listed by number in the lower left-hand corner. Place all contents in the envelope but do not seal it, as the contents must be verified. A copy of the completed envelope may be presented for a *"received"* stamp.

If using a messenger service, please be certain the envelope and documents are in proper order. It is our experience that when a sealed filing is rejected the service does not always explicitly convey the reason.

In Manhattan, sealed records are accepted each business day between the hours of 8:30 a.m. and 5:00 p.m., excluding holidays. If you arrive after 5:00 p.m. you may use the electronic time clock to stamp the date and time in the upper left-hand corner of the envelope. The clock is located next to the night deposit box by the Worth Street entrance. Do not put the documents in the night deposit box. Present the envelope the following business day to receive the previous day's file date.

In White Plains, sealed records are accepted each business day between the hours of 8:30 a.m. and 5:00 p.m., excluding holidays.